IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Michael S | Case Number:  06 B 13861 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  10/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 6, 2008
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,500.00 | |
| Secured: | | 2,347.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,921.29 |
| Trustee Fee: | | 231.08 |
| Other Funds: | | 0.00 |
| Totals: | 4,500.00 | 4,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,350.00 | 1,921.29 |
| 2. | Centrix Financial A/K/A FlatIron Fin | Secured | 8,692.86 | 2,249.55 |
| 3. | Blue Hippo Funding | Secured | 427.33 | 98.08 |
| 4. | Midland Credit Management | Unsecured | 35.12 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,030.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 710.32 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 46.94 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 10.38 | 0.00 |
| 9. | Union Auto Sales | Secured | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Account Recovery Service | Unsecured | | No Claim Filed |
| 13. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 14. | Greater Suburban Acceptance Co | Unsecured | | No Claim Filed |
| 15. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 16. | CCA | Unsecured | | No Claim Filed |
| 17. | LVNV Funding | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | MRSI | Unsecured | | No Claim Filed |
| 22. | Surety Finance | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | US Employees Credit Union | Unsecured | | No Claim Filed |
| 25. | Sherman Acquisition | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Michael S

Printed: 4/22/08

Case Number: 06 B 13861
Judge: Wedoff, Eugene R
Filed: 10/27/06

| 26. | Union Auto Sales | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 13,302.95 | $ 4,268.92 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 95.38 |
| 5.4% | 135.70 |
| | _____ |
| | $ 231.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M ach_____